JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| YALAN ZHU,<br><br>    Plaintiff,<br><br>v.<br><br>DIR LA ASYLUM OFC et al.,<br><br>    Defendants. | Case No.  2:23-cv-00614-SB-AGR<br><br>ORDER DISMISSING CASE |

On April 13, 2023, the Court issued an order to show cause (OSC) why this case should not be dismissed for lack of prosecution because Plaintiff had filed proofs of service for Defendants but had not sought entry of default or default judgment against them.  Dkt. No. 15.  Plaintiff was ordered to respond to the OSC by April 21, 2023 and failed to do so.  The Court stated that "[f]ailure to timely respond to the [OSC] will be deemed consent to the dismissal without prejudice of the action in its entirety." *Id.*  Therefore, this action is dismissed without prejudice and the Clerk is directed to close this case.

IT IS SO ORDERED

Date: April 24, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge